## 37121. TAYLOR v. McKINNEY WHOLESALE COMPANY, INC.

The judgment of the trial court is affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

DECIDED MAY 19, 1981.

*Jerry M. Daniel,* for appellant.
*Walter P. Degenhardt,* for appellee.